**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CALVIN A. EVANS, *pro se*,

    Petitioner,

v.                                                            Case No. 8:08-cv-661-T-30TBM

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,
_____/

## ORDER OF DISMISSAL

Before the Court is the Petitioner's Notice of Voluntary Dismissal (Dkt. #5). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 9, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-661.dismissal 5.wpd